# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | **No.  1:25-cr-00031-RP** |
| **v.** | § | |
| | § | |
| **Manuel Ramos-Fuentes,** | § | |
| *Defendant* | § | |

### Order on Motion to Withdraw and Appoint New Counsel

Before the Court is Defendant Manuel Ramo Fuentes's Motion to Withdraw as Attorney and for Appointment of New Counsel, filed April 9, 2026. Dkt. 27.

The District Court referred the Motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 28. and on April 10, 2026, the Court held a hearing on the Motion at which Defendant and his counsel were present.

The Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Attorney and for Appointment of New Counsel is **GRANTED**. Assistant Federal Public Defender Ruben Pena, Jr, is hereby **WITHDRAWN** and, consistent with the Court's Orders Regarding Financial Status and Appointing Public Defender (Dkt. 16; Dkt. 17), **Robert Zamora #22243800** is hereby **APPOINTED** as Defendant's counsel of record.

**SIGNED** on April 10, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE